UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

ALEJANDRO JAVIER RODRIGUEZ-JIMENEZ,
    a/k/a, "alejandro@dmxtec.com,"
    a/k/a, "alejandro@vegasls.com,"
JESUS RODRIGUEZ-JIMENEZ,
ELOY CARDENAS-MORENO,
SERGIO URBINA,
LEOBARDO TAMEZ, and
MARCO CORONADO,

               Defendants.

- - - - - - - - - - - - - - - - - - X

**INDICTMENT**

**16-CRIM 644**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 2 2016

## COUNT ONE
(Conspiracy to Commit Money Laundering)

The Grand Jury charges:

1. From at least in or about August 2013 through at least in or about June 2016, in the Southern District of New York and elsewhere, ALEJANDRO JAVIER RODRIGUEZ-JIMENEZ, a/k/a "alejandro@dmxtec.com," a/k/a "alejandro@vegasls.com," JESUS RODRIGUEZ-JIMENEZ, ELOY CARDENAS-MORENO, SERGIO URBINA, LEOBARDO TAMEZ, and MARCO CORONADO, the defendants, and others known and unknown, knowingly did combine, conspire, confederate and agree together and with each other to violate the money laundering laws of the United States.

2. It was a part and an object of the conspiracy that ALEJANDRO JAVIER RODRIGUEZ-JIMENEZ, a/k/a

"alejandro@dmxtec.com," a/k/a "alejandro@vegasls.com," JESUS RODRIGUEZ-JIMENEZ, ELOY CARDENAS-MORENO, SERGIO URBINA, LEOBARDO TAMEZ, and MARCO CORONADO, the defendants, and others known and unknown, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such a financial transaction which in fact involved the proceeds of specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7), to wit, the proceeds of the sale and distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

3. It was further a part and an object of the conspiracy that ALEJANDRO JAVIER RODRIGUEZ-JIMENEZ, a/k/a "alejandro@dmxtec.com," a/k/a "alejandro@vegasls.com," JESUS RODRIGUEZ-JIMENEZ, ELOY CARDENAS-MORENO, SERGIO URBINA, LEOBARDO TAMEZ, and MARCO CORONADO, the defendants, and others known and unknown, would and did transport, transmit, and transfer, and attempt to transport, transmit, and transfer, a monetary

instrument and funds from a place in the United States to and through a place outside the United States, and to a place in the United States from and through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, to wit, the distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1), in violation of Title 18, United States Code, Section 1956(a)(2).

   4. It was further a part and an object of the conspiracy that ALEJANDRO JAVIER RODRIGUEZ-JIMENEZ, a/k/a "alejandro@dmxtec.com," a/k/a "alejandro@vegasls.com," JESUS RODRIGUEZ-JIMENEZ, ELOY CARDENAS-MORENO, SERGIO URBINA, LEOBARDO TAMEZ, and MARCO CORONADO, the defendants, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowingly would and did engage and attempt to engage in monetary transactions in criminally derived property of a value greater than $10,000 that was derived from specified unlawful activity, to wit, the proceeds of the sale and distribution of a controlled substance, in violation of Title 18, United States Code, Section 1957(a).

   (Title 18, United States Code, Section 1956(h).)

3

**COUNT TWO**
(Narcotics Conspiracy)

The Grand Jury further charges:

5. From at least in or about August 2013 through at least in or about June 2016, in the Southern District of New York and elsewhere, ALEJANDRO JAVIER RODRIGUEZ-JIMENEZ, a/k/a "alejandro@dmxtec.com," a/k/a "alejandro@vegasls.com," JESUS RODRIGUEZ-JIMENEZ, ELOY CARDENAS-MORENO, and MARCO CORONADO, the defendants, and others known and unknown, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

6. It was a part and an object of the conspiracy that ALEJANDRO JAVIER RODRIGUEZ-JIMENEZ, a/k/a "alejandro@dmxtec.com," a/k/a "alejandro@vegasls.com," JESUS RODRIGUEZ-JIMENEZ, ELOY CARDENAS-MORENO, and MARCO CORONADO, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

7. The controlled substances that ALEJANDRO JAVIER RODRIGUEZ-JIMENEZ, a/k/a "alejandro@dmxtec.com," a/k/a "alejandro@vegasls.com," JESUS RODRIGUEZ-JIMENEZ, ELOY CARDENAS-

4

MORENO, and MARCO CORONADO, the defendants, conspired to distribute and possess with intent to distribute were (1) 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers; (2) 1 kilogram and more of mixtures and substances containing a detectable amount of heroin; and (3) 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

**COUNT THREE**
(Concealment Money Laundering: June 2, 2015)

The Grand Jury further charges:

8. On or about June 2, 2015, in the Southern District of New York and elsewhere, ALEJANDRO JAVIER RODRIGUEZ-JIMENEZ, a/k/a "alejandro@dmxtec.com," a/k/a "alejandro@vegasls.com," JESUS RODRIGUEZ-JIMENEZ, and MARCO CORONADO, the defendants, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, conducted and attempted to conduct such a financial transaction which in fact involved the proceeds of

5

specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7), to wit, the proceeds of the sale and distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity.

(Title 18, United States Code, Sections 1956(a)(1)(B)(i) & 2.)

### COUNT FOUR
(Concealment Money Laundering: June 3, 2015)

The Grand Jury further charges:

9. On or about June 3, 2015, in the Southern District of New York and elsewhere, ALEJANDRO JAVIER RODRIGUEZ-JIMENEZ, a/k/a "alejandro@dmxtec.com," a/k/a "alejandro@vegasls.com," JESUS RODRIGUEZ-JIMENEZ, and MARCO CORONADO, the defendants, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, conducted and attempted to conduct such a financial transaction which in fact involved the proceeds of specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7), to wit, the proceeds of the sale and distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1), knowing that the transaction was designed in whole and in part

to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity.

(Title 18, United States Code, Sections 1956(a)(1)(B)(i) & 2.)

## COUNT FIVE
(Concealment Money Laundering: July 22, 2015)

The Grand Jury further charges:

10. On or about July 22, 2015, in the Southern District of New York and elsewhere, JESUS RODRIGUEZ-JIMENEZ and MARCO CORONADO, the defendants, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, conducted and attempted to conduct such a financial transaction which in fact involved the proceeds of specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7), to wit, the proceeds of the sale and distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity.

(Title 18, United States Code, Sections 1956(a)(1)(B)(i) & 2.)

## COUNT SIX
(Concealment Money Laundering: August 11, 2015)

The Grand Jury further charges:

11.  On or about August 11, 2015, in the Southern District of New York and elsewhere, JESUS RODRIGUEZ-JIMENEZ and MARCO CORONADO, the defendants, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, conducted and attempted to conduct such a financial transaction which in fact involved the proceeds of specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7), to wit, the proceeds of the sale and distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity.

(Title 18, United States Code, Sections 1956(a)(1)(B)(i) & 2.)

## COUNT SEVEN
(Concealment Money Laundering: September 1, 2015)

The Grand Jury further charges:

12.  On or about September 1, 2015, in the Southern District of New York and elsewhere, JESUS RODRIGUEZ-JIMENEZ and MARCO CORONADO, the defendants, knowing that the property

involved in a financial transaction represented the proceeds of some form of unlawful activity, conducted and attempted to conduct such a financial transaction which in fact involved the proceeds of specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7), to wit, the proceeds of the sale and distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity.

(Title 18, United States Code, Sections 1956(a)(1)(B)(i) & 2.)

### FORFEITURE ALLEGATION

13. As a result of committing the money laundering offense alleged in Count One this Indictment, ALEJANDRO JAVIER RODRIGUEZ-JIMENEZ, a/k/a "alejandro@dmxtec.com," a/k/a "alejandro@vegasls.com," JESUS RODRIGUEZ-JIMENEZ, ELOY CARDENAS-MORENO, SERGIO URBINA, LEOBARDO TAMEZ, and MARCO CORONADO, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real or personal, involved in the offense alleged in Count One of this Indictment, and any property traceable to such property.

14. As a result of committing the controlled substance offense charged in Count Two of this Indictment, ALEJANDRO JAVIER RODRIGUEZ-JIMENEZ, a/k/a "alejandro@dmxtec.com," a/k/a "alejandro@vegasls.com," JESUS RODRIGUEZ-JIMENEZ, ELOY CARDENAS-MORENO, and MARCO CORONADO, the defendants, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained directly or indirectly as a result of the offense alleged in Count Two, and any property used or intended to be used in any manner or part to commit or facilitate the commission of the offense charged in Count Two of this Indictment.

15. As a result of committing the money laundering offenses alleged in Counts Three and Four of this Indictment, ALEJANDRO JAVIER RODRIGUEZ-JIMENEZ, a/k/a "alejandro@dmxtec.com," a/k/a "alejandro@vegasls.com," JESUS RODRIGUEZ-JIMENEZ, and MARCO CORONADO, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real or personal, involved in the offenses alleged in Counts Three and Four of this Indictment, and any property traceable to such property.

16. As a result of committing the money laundering offenses alleged in Counts Five through Seven of this Indictment, JESUS RODRIGUEZ-JIMENEZ and MARCO CORONADO, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real or personal, involved in the offenses alleged in Counts Five through Seven of this Indictment, and any property traceable to such property.

### Substitute Assets Provision

17. If any of the property described above as being subject to forfeiture, as a result of any act or omission of a defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value;

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21,

United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

     (Title 18, United States Code, Sections 982;
     Title 21, United States Code, Section 853; and
     Title 28, United States Code, Section 2461.)

_/s/ 9-22-16_
FOREPERSON

_/s/ Preet Bharara_
PREET BHARARA
United States Attorney

12

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**ALEJANDRO JAVIER RODRIGUEZ-JIMENEZ,
a/k/a "alejandro@dmxtec.com," a/k/a
"alejandro@vegasls.com," JESUS
RODRIGUEZ-JIMENEZ, ELOY CARDENAS-
MORENO, SERGIO URBINA, LEOBARDO TAMEZ,
and MARCO CORONADO,
Defendants.**

---

**INDICTMENT**

16 Cr.

(18 U.S.C. § 1956; and
21 U.S.C. § 846.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.

9/22/16 Filed Indictment
on Judge Netburn